FRANCES JORSEKI V. MAYER NUSSBAUM.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

MOSES M. LINDONSTEIN V. NANES ART COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

JENNIE LEVENTHAL V. HOME INSURANCE COMPANY and Others.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

ISAAC GOLDBERG V. POPULAR PICTURES CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

FLORENCE V. BENOLIEL V. ABRAHAM BENOLIEL.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

ELIZABETH C. BIGGS V. MARIA D. CLAPSATTLE.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

FIFTH AVENUE BUILDING COMPANY V. J. F. KERNOCHAN.— Motion granted; questions certified. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

In the Matter of EDWARD G. SCHAEFER.— Motion granted. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

CENTRAL TRUST COMPANY V. ALBERT FALCK and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

CENTRAL TRUST COMPANY V. ALBERT FALCK and Others.— Motion granted. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ORA G. JACOBS v. MAURICE R. JACOBS.— Motion granted. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

ELIZABETH McM. GODLEY V. CRANDALL & GODLEY COMPANY.— Motion granted. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

HARRY A. LANZNER V. ALLYNE BRASS FOUNDRY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

In the Matter of JEREMIAH LIEBERMANN.— Motion to strike out portions of petition denied. Reference ordered to Hon. Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

HOLLAND SECURITY COMPANY V. JOSEPH B. GREENHUT and Others. — Motion to vacate order terminating reference granted. Memorandum per curiam. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

CHARLES A. FLAMMER, Respondent v. TWO HUNDRED AND FIFTY WEST ONE HUNDRED AND THIRD STREET CORPORATION, Appellant.— Order